**In re Walter R. PINEDA, Debtor,**

**Walter R. Pineda, Appellant,**

**v.**

**Bank of America NA; et al., Appellees.**

**No. 13–60071.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2015.*

Decided Filed April 28, 2015.

Walter R. Pineda, Sonora, CA, pro se.

Ori Edelstein, Andrea McDonald Hicks, Tracy M. Talbot, Bryan Cave LLP, San Francisco, CA, Stuart Winston Price,

Bryan Cave LLP, Irvine, CA, Sara L. Kistler, United States Trustee, Sacramento, CA, for Appellee.

Gary Farrar, Trustee, Modesto, CA, pro se.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Walter R. Pineda appeals pro se from the Bankruptcy Appellate Panel's ("BAP") order affirming the bankruptcy court's order abstaining from deciding an adversary proceeding against appellees. We dismiss.

We lack jurisdiction to review the bankruptcy court's decision to abstain pursuant to 28 U.S.C. § 1334(c)(1). *See* 28 U.S.C. § 1334(d).

We reject Pineda's contention that the BAP violated his due process rights in the handling of his appeal.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.